EDWIN H. GIBB, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 12311.   Promulgated March 14, 1928.

*Henry Varay, C. P. A.,* and *George R. Jackson, Esq.,* for the petitioner.

*Clark Brown, Esq.,* for the respondent.

OPINION.

LITTLETON: The facts in this proceeding and the question involved are the same as were before the Board in *Charles Colip*, 5 B. T. A. 123. In the *Colip* case, the Board approved the action of the Com-

missioner in declining to allow the 25 per cent reduction under Title XII of the Revenue Act of 1924. See also *F. William Morf*, 6 B. T. A. 309; *Simon L. Steefel*, 8 B. T. A. 1111; *F. Maurice Griesheimer*, 7 B. T. A. 1225; *C. A. Weaver*, 5 B. T. A. 313; *Fred McJunkin*, 6 B. T. A. 425; *Melvin Behrends*, 6 B. T. A. 524.

*Judgment will be entered for the respondent.*